THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN P. DALY, Appellant.

Submitted December 21, 2009; decided January 12, 2010

Reported below, 57 AD3d 914.

Motion by defendant, insofar as it seeks to strike or redact the People's brief and appendix, denied; motion, insofar as it seeks an extension of time to file a reply brief, granted, defendant's reply brief to be served and filed on or before January 26,

2010. Cross motion by the People to redact defendant's brief denied.